Certificate Number: 14912-PAM-DE-030458038

Bankruptcy Case Number: 18-00009



14912-PAM-DE-030458038

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 21, 2018, at 7:04 o'clock PM EST, Mark Heintzelman completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 21, 2018

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor