UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: MARK A. HEINTZELMAN
MOUNTAIN RIDGE WOOD
PRODUCTS

                Debtor(s)         CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
                Movant
vs.                                        CASE NO: 4-18-00009-MJC
MARK A. HEINTZELMAN
MOUNTAIN RIDGE WOOD
PRODUCTS

                Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on October 18, 2023, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Agatha R. McHale, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:    October 18, 2023                       Respectfully submitted,

                                                /s/   Agatha R. McHale, Esquire
                                                ID: 47613
                                                Attorney for Movant
                                                Jack N. Zaharopoulos
                                                Standing Chapter 13 Trustee
                                                Suite A, 8125 Adams Drive
                                                Hummelstown, PA 17036
                                                Phone: (717) 566-6097
                                                email: amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:  MARK A. HEINTZELMAN
        MOUNTAIN RIDGE WOOD
        PRODUCTS

            Debtor(s)        CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
            Movant

vs.                                    CASE NO: 4-18-00009-MJC

MARK A. HEINTZELMAN
MOUNTAIN RIDGE WOOD
PRODUCTS

            Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

    November 16, 2023 at 10:00 AM
    U.S. Bankruptcy Court
    Max Rosenn U.S. Courthouse
    197 S. Main Street
    Wilkes Barre, PA   18701

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.

    **TOTAL NET BALANCE DUE:  $16,605.79**
    **TOTAL AMOUNT DUE BEFORE HEARING DATE:  $16,605.79**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail** mail to:
CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated: October 18, 2023

Respectfully submitted,

/s/   Agatha R. McHale, Esquire
ID:  47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:    MARK A. HEINTZELMAN
           MOUNTAIN RIDGE WOOD
           PRODUCTS

                                    Debtor(s)                CHAPTER 13

           JACK N. ZAHAROPOULOS
           CHAPTER 13 TRUSTEE
                                    Movant
vs.                                                                            CASE NO: 4-18-00009-MJC
           MARK A. HEINTZELMAN
           MOUNTAIN RIDGE WOOD
           PRODUCTS
                                    Respondent(s)

## **CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on October 18, 2023, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

THOMAS MASCIOCCHI, ESQUIRE
KEAVENEY LEGAL GROUP
1000 MAPLEWOOD DRIVE SUITE 202
MAPLE SHADE NJ 08052-1931

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA 17102

SERVED BY FIRST CLASS MAIL

MARK A. HEINTZELMAN
1017 HOOKIES GROVE ROAD
NORTHUMBERLAND PA 17857

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 18, 2023                               /s/ Matt Arcuri
                                                                         Office of the Standing Chapter 13 Trustee
                                                                             Jack N. Zaharopoulos
                                                                             Suite A, 8125 Adams Dr.
                                                                             Hummelstown, PA 17036
                                                                             Phone: (717) 566-6097
                                                                             email: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   MARK A. HEINTZELMAN
         DBA: MOUNTAIN RIDGE WOOD
         PRODUCTS

                                                CHAPTER 13

         Debtor(s)

         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE
                 Movant                         CASE NO: 4-18-00009-MJC

vs.

         MARK A. HEINTZELMAN
         DBA: MOUNTAIN RIDGE WOOD
         PRODUCTS

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.