| Fill in this information to identify the case: |
|---|
| Debtor 1 <u>Mark Heintzelman</u> |
| Debtor 2 (Spouse, if filing) |
| United States Bankruptcy Court for the <u>Middle District Of Pennsylvania</u> |
| Case number <u>18-00009</u> |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

**If the debtor's plan provides for payment of post petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor**: Wilmington Trust, NA, successor trustee to Citibank NA, as trustee on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2006-HE3, Asset-Backed Certificates, Series 2006-HE3

**Last four digits** of any number you use to identify the debtor's account: 8450

**Court claim no**. (if known): <u>1</u>

**Date of payment change:** <u>08/01/2022</u>
Must be at least 21 days after date of this notice

**New total payment:** $ <u>1481.91</u>
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $<u>419.35</u>     **New escrow payment:** $<u>473.53</u>

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non bankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%     **New interest rate:** _____%

   **Current principal and interest payment:** $_____     **New principal and interest payment:** $_____

Official Form 410S1      **Notice of Mortgage Payment Change**      page 1

Debtor 1 <u>Mark Heintzelman</u>   Case Number (*If known*):18-00009
      First Name   Middle Name   Last Name

### Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

    Reason for change: _____

**Current mortgage payment:** $ _____ **New mortgage payment:** $ _____

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the *appropriate* box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Rebecca A. Solarz   Date April 25, 2022
  Signature

Print: <u>Rebecca A. Solarz</u>   Title <u>Attorney for Creditor</u>
     First Name  Middle Name  Last Name

Company <u>KML Law Group, P.C.</u>

Address <u>701</u>  <u>Market Street, Suite 5000</u>
      Number    Street
<u>Philadelphia,</u>      <u>PA</u>   <u>19106</u>
  City      State    ZIP Code

Contact phone <u>(215) 627–1322</u>   Email <u>rsolarz@kmllawgroup.com</u>